**Fill in this information to identify the case:**

United States Bankruptcy Court for the <u>District of Delaware</u>

Case number (*if known*): _____  Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Valves and Controls US, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Weir Valves & Controls USA Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 04-2903959 |

4. **Debtor's address**

| **Principal place of business** | | | **Mailing address, if different from principal place of business** | | |
|---|---|---|---|---|---|
| 777 | Main Street | | | | |
| Number | Street | | Number | Street | |
| Suite 2050 | | | | | |
| | | | P.O. Box | | |
| Fort Worth | Texas | 76102 | | | |
| City | State | ZIP Code | City | State | ZIP Code |

| | | | **Location of principal assets, if different from principal place of business** | | |
|---|---|---|---|---|---|
| Tarrant | | | | | |
| County | | | Number | Street | |
| | | | | | |
| | | | City | State | ZIP Code |

5. **Debtor's website** (URL)  N/A

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Valves and Controls US, Inc.                                                    Case number (if known)   25-_____ ( )
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3329 – Other Fabricated Metal Product Manufacturing

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes  District _____ When _____ MM/ DD/ YYYY _____

       District _____ When _____ MM / DD/ YYYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes  Debtor _____ Relationship _____
      District _____ When _____ MM / DD/ YYYY
      Case number, if known _____

Debtor  Valves and Controls US, Inc.                              Case number (if known)  25-____ (  )
        Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number     Street

_____   _____   _____
City                      State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact Name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49             ☒ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☒ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 25, 2025
              MM / DD/ YYYY

✗  /s/ Scott M. Tandberg                                Scott M. Tandberg
   Signature of authorized representative of debtor      Printed name

   Chief Restructuring Officer
   Title

**18. Signature of attorney**

✗  /s/ Patrick J. Reilley                           Date  July 25, 2025
   Signature of attorney for debtor                        MM / DD / YYYY

   Patrick J. Reilley                               Matthew S. Barr
   Printed Name

   Cole Schotz P.C.                                 Weil, Gotshal & Manges LLP
   Firm Name

   500 Delaware Avenue, Suite 600                   767 Fifth Avenue
   Address

   Wilmington, Delaware 19801                       New York, New York 10153
   City/State/Zip

   (302) 652-3131                                   (212) 310-8000
   Contact Phone

   preilley@coleschotz.com                          matt.barr@weil.com
   Email Address

   4451                    Delaware
   Bar Number              State

**ACTION BY**
**WRITTEN CONSENT**
**OF THE**
**BOARD OF DIRECTORS OF**
**VALVES AND CONTROLS US, INC.**

**July 25, 2025**

The undersigned, being all of the members of the board of directors (the "**Board**") of Valves and Controls US, Inc. (the "**Company**"), a Delaware corporation, pursuant to Section 141(f) of the General Corporation Law of the State of Delaware and Section 3.010 of the Bylaws of the Company (the "**Bylaws**"), hereby consent to, adopt, and approve the following resolutions, effective as of the date first written above:

**WHEREAS**, the Board has reviewed and has had the opportunity to review and analyze the assets and liabilities of the Company, the alternatives available to the Company, and the impact of the foregoing on the Company;

**WHEREAS**, the Board has had the opportunity to consult with management and the legal and financial advisors of the Company to fully consider, and has fully considered, the alternatives available to the Company; and

**WHEREAS**, based upon the recommendation of the Special Committee of the Board, the Board believes that taking the actions set forth below is in the best interests of the Company, and therefore adopts, authorizes, and approves the following resolutions:

**I.    Commencement of Chapter 11 Case**

**NOW, THEREFORE BE IT RESOLVED**, that the Board has determined that it is desirable and in the best interests of the Company, its creditors, and all other parties in interest that the Company commence a case (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that any officer of the Company, including the President, Treasurer, and Chief Restructuring Officer of the Company (each, an "**Authorized Person**"), be, and hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under the Company's corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, orders, and other documents in connection with the Chapter 11 Case (collectively, the "**Chapter 11 Filings**"), with such changes therein and additions thereto as an Authorized Person may deem necessary, appropriate, or advisable, the execution and delivery of any Chapter 11 Filing by an Authorized Person with any changes thereto to be conclusive evidence that an Authorized Person deemed such changes to meet such standard; and be it further

## II.     Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, an Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, on behalf of the Company, that an Authorized Person deems necessary, appropriate, or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view towards the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that an Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Cole Schotz P.C., located at 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of AP Services, LLC, located at 909 3rd Ave, New York, NY 10022, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Kroll Restructuring Administration LLC, located at 1 World Trade Center, 31st Floor, New York, NY 10007, is hereby retained as claims, noticing, and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Paul Hastings LLP, located at 200 Park Avenue, New York, NY 10166, is hereby retained as special counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

## III.     General Authorization and Ratification

**RESOLVED**, that an Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that an Authorized Person deems necessary, appropriate, or desirable in connection with the Chapter 11 Case or the Chapter 11 Filings, including (i) the payment of fees, expenses, and taxes an Authorized Person deems necessary, appropriate, or desirable and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that an Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that an Authorized Person, who may act without the joinder of any other person, is hereby authorized, empowered, and directed, in the name and on behalf of the

Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of an Authorized Person, who may act without the joinder of any other person, shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that any and all past actions heretofore taken by an Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

*   *   *   *

**IN WITNESS WHEREOF**, the Board has executed this Action by Written Consent as of the date first set forth above.

**Board of Directors of Valves and Controls US, Inc.**

Signed by:

*Gareth Young*

Gareth Thomas Young

[*Signature Page to Action by Written Consent*]

**IN WITNESS WHEREOF**, the Board has executed this Action by Written Consent as of the date first set forth above.

**Board of Directors of Valves and Controls US, Inc.**

DocuSigned by:

*Paul Aronzon*

―――――――――――――――――――
029DAA6CE23D465...

Paul Aronzon

[*Signature Page to Action by Written Consent*]

**IN WITNESS WHEREOF**, the Board has executed this Action by Written Consent as of the date first set forth above.

**Board of Directors of Valves and Controls US, Inc.**

Signed by:

*Asa Altmark*

D01F09A91B2E4B9...

Asa Altmark

[*Signature Page to Action by Written Consent*]

| **Fill in this information to identify the case:** |
|---|
| Debtor name: Valves and Controls US, Inc. |
| United States Bankruptcy Court for the District of Delaware |
| (State) |
| Case number (*If known*): 25-____ ( ) |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Weitz & Luxenberg<br>700 Broadway<br>New York, New York 10003 | Attn.: Ambre Brandis, Esq.<br>Phone: (212) 558-5500<br>Email: abrandis@weitzlux.com<br><br>Attn.: Patti Burshtyn, Esq.<br>Phone: (212) 558-5500<br>Email: pburshtyn@weitzlux.com<br><br>Attn.: Benjamin Clinton, Esq.<br>Phone: (212) 558-5500<br>Email: bclinton@weitzlux.com<br><br>Attn.: Thomas Comerford, Esq.<br>Phone: (212) 558-5500<br>Email: tcomerford@weitzlux.com | Litigation | Contingent Unliquidated Disputed | | | Unliquidated |
| 2 | SMWM Law<br>701 Market Street, Suite 1000<br>St. Louis, Missouri 63101 | Attn.: Ben Schmickle, Esq.<br>Phone: (855) 744-1922<br>Email: ben@swmwlaw.com | Litigation | Contingent Unliquidated Disputed | | | Unliquidated |
| 3 | Simmons Hanly Conroy LLP<br>One Court Street<br>Alton, Illinois 62002 | Attn.: Larry Nassif, Esq.<br>Phone: (618) 259-6156<br>Email: lnassif@simmonsfirm.com<br><br>Attn.: Luke Pfeifer, Esq.<br>Phone: (618) 693-3104<br>Email: lpfeifer@simmonsfirm.com | Litigation | Contingent Unliquidated Disputed | | | Unliquidated |
| 4 | Meirowitz & Wasserberg, LLP<br>1040 6th Avenue, 10th Floor<br>New York, New York 10018 | Attn.: Daniel Wasserberg, Esq.<br>Phone: (212) 897-1988<br>Email: dw@mwinjurylaw.com | Litigation | Contingent Unliquidated Disputed | | | Unliquidated |

---

[1] This List of Top 20 Unsecured Creditors consists of the top 20 law firms with the most significant representations of parties asserting asbestos claims against Valves and Controls US, Inc. (the "**Top Plaintiffs' Firms List**"). *See Motion of Debtor for Entry of Order (I) Authorizing Debtor to (A) Redact Certain Personal Identification Information and (B) File a List of Top Law Firms with Asbestos Claims in Lieu of List of 20 Largest Unsecured Creditors, (II) Approving Noticing Procedures for Asbestos Claimants, and (III) Granting Related Relief*, filed contemporaneously herewith. The Top Plaintiffs' Firms List was prepared with information existing as of July 24, 2025.

Debtor: Valves and Controls US, Inc.
Case number (if known): 25-____ ( )

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | The Gori Law Fim<br>156 N Main Street<br>Edwardsville, Illinois 62025 | Attn.: Ivan Cason, Esq.<br>Phone: (504) 565-7888<br>Email: ivan@gorilaw.com<br><br>Attn.: Chris Layloff, Esq.<br>Phone: (618) 753-4754<br>Email: clayloff@gorilaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 6 | Goldberg Persky & White P.C.<br>11 Stanwix Street, Suite 1800<br>Pittsburgh, Pennsylvania 15222 | Attn.: Leif Ocheltree, Esq.<br>Phone: (412) 471-3980<br>Email: locheltree@gpw.law.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 7 | Belluck Law, LLP<br>546 Fifth Avenue, 5th Floor<br>New York, New York 10036 | Attn.: Joseph Belluck, Esq.<br>Phone: (212) 681-1575<br>Email: jbelluck@bellucklaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 8 | Maune Raichle Hartley French & Mudd, LLC<br>1165 N. Clark Street, Suite 302<br>Chicago, Illinois 60610 | Attn.: Dawn Besserman, Esq.<br>Phone: (618) 420-3042<br>Email: dbesserman@mrfmlaw.com<br><br>Attn.: Meredith Good, Esq.<br>Phone: (314) 241-2003<br>Email: mgood@mrhfmlaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 9 | Schrader & Associates, L.L.P.<br>3 Professional Park Drive, Suite A<br>Maryville, Illinois 62062 | Attn.: Ross Stomel, Esq.<br>Phone: (713) 782-0000<br>Email: ross@shraderlaw.com<br><br>Attn.: Allyson Romani, Esq.<br>Phone: (713) 782-0000<br>Email: allyson@shraderlaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 10 | Savinis Kane & Gallucci<br>Koppers Building<br>436 Seventh Avenue, Suite 700<br>Pittsburgh, Pennsylvania 15219 | Attn.: Janis Savinis, Esq.<br>Phone: (412) 560-9878<br>Email: jsavinis@sdklaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 11 | Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900, Box 10<br>Woodbridge, New Jersey 07095 | Attn.: Kevin Berry, Esq.<br>Phone: (646) 746-8914<br>Email: kberry@wilentz.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 12 | Vogelzang Law, P.C.<br>401 N Michigan Avenue, Suite 350<br>Chicago, Illinois 60611 | Attn.: Michael Maienza, Esq.<br>Phone: (312) 466-1699<br>Email: mmaienza@vogelzanglaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 13 | Peter G. Angelos Law<br>100 North Charles Street, 21st Floor<br>Baltimore, Maryland 21201 | Attn.: James S. Zavakos, Esq.<br>Phone: (410) 649-2000<br>Email: jzavakos@lawpga.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 14 | The Halpern Law Firm<br>9 Cricket Terrace, Floor 2<br>Ardmore, Pennsylvania 19003 | Attn.: David Halpern, Esq.<br>Phone: (800) 505-6000<br>Email: dave@thehalpernlawfirm.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |

| Debtor | Valves and Controls US, Inc. | | Case number (if known) | 25-____ ( ) |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | OnderLaw<br>110 E Lockwood Avenue<br>Webster Groves, Missouri 63119 | Attn.:   John Theil, Esq.<br>Phone: (314) 408-6136<br>Email:   jtheil@onderlaw.com<br><br>Attn.:   Ryan Dickherber, Esq.<br>Phone: (314) 408-6136<br>Email:   rdickherber@onderlaw.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 16 | Menges Law Firm<br>6400 W Main Street, Suite 1G<br>Belleville, Illinois 62223 | Attn.:   Carson Menges, Esq.<br>Phone: (618) 424-4450<br>Email:   cmenges@mengesfirm.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 17 | Cooney & Conway<br>120 N LaSalle Street, Suite 3000<br>Chicago, Illinois 60602 | Attn.:   Lawrence Weisler, Esq.<br>Phone: (312) 236-6166<br>Email:   lweisler@cooneyconway.com<br><br>Attn.:   Mike Mulvihill, Esq.<br>Phone: (312) 236-6166<br>Email:   mmulvihill@cooneyconway.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 18 | Motley Rice LLC<br>40 Westminster Street, Floor 5<br>Providence, Rhode Island 02903 | Attn.:   Vincent Greene, Esq.<br>Phone: (401) 457-7700<br>Email:   vgreene@motleyrice.com<br><br>Attn.:   Ashley Hornstein, Esq.<br>Phone: (401) 457-7700<br>Email:   ahornstein@motleyrice.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 19 | Anton McGee Law Group<br>341 Chaplin Road, 2nd Floor, Suite B<br>Morgantown, West Virginia 26501 | Attn.:   Scott McGee, Esq.<br>Phone: (304) 807-0739<br>Email:   smcgee@antionmcgee.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |
| 20 | Bailey & Glasser, LLP<br>34 N. Gore Avenue, Suite 102<br>Webster Groves, Missouri 63119 | Attn.:   Jackalyn Olinger Rochelle, Esq.<br>Phone: (314) 863-5446<br>Email:   jrochelle@baileyglasser.com | Litigation | Contingent<br>Unliquidated<br>Disputed | | | Unliquidated |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re                                            :        **Chapter 11**
                                                 :
**VALVES AND CONTROLS US, INC.,**                :        **Case No. 25 - _____ ([●])**
                                                 :
       **Debtor.**                                 :
------------------------------------------------------------ x

**CORPORATE OWNERSHIP**
**STATEMENT PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting certain of the ownership interests in Valves and Controls US, Inc. (the "**Debtor**") as of the date hereof. The Debtor is an indirect, wholly owned subsidiary of the Weir Group PLC, a Scottish limited liability company listed on the London Stock Exchange. 100% of the common shares of the Debtor are owned by TWG Investments (No. 8) Limited.

**Exhibit A**

**Organizational Chart**



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **VALVES AND CONTROLS US, INC.,** | : | Case No. 25 – [●] ([●]) |
| | : | |
| Debtor. | : | |

## LIST OF EQUITY HOLDER

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies the equity security holder of the above-captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐       There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒       The following is the Debtor's equity security holder (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage/Number of Interests Held |
|---|---|---|
| TWG Investments (No. 8) Limited<br>1 West Regent Street, 10th Floor<br>Glasgow, Scotland, G2 1RW | Common Shares | 100% |

**Fill in this information to identify the case:**

Debtor name: <u>Valves and Controls US, Inc.</u>

United States Bankruptcy Court for the <u>District of Delaware</u>
                                                              (State)

Case number (*If known*):    25-_____ ( )

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration <u>Corporate Ownership Statement and List of Equity Holder</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>July 25, 2025</u>      X   <u>/s/ Scott M. Tandberg</u>
            MM /DD /YYYY                    Signature of individual signing on behalf of debtor

                                            <u>Scott M. Tandberg</u>
                                            Printed name

                                            <u>Chief Restructuring Officer</u>
                                            Position or relationship to debtor